UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 13-18674 |
| | ) | |
| David A. Buesing and Julie L. Buesing, | ) | Chapter: 7 |
| | ) | Honorable Bruce W. Black |
| | ) | Joliet |
| Debtor(s) | ) | |

## ORDER APPROVING TRUSTEE'S SALE OF REAL ESTATE
## FREE AND CLEAR OF LIENS AND ENCUMBRANCES

THIS MATTER COMING ON TO BE HEARD upon the motion (the "Motion") of Joji Takada, not individually but as the trustee of the bankruptcy estate of Barry and Julie Ann Peters (the "Debtors"), for entry of an order pursuant to 11 U.S.C. Sections 363(f), authorizing the Trustee to sell the real estate located at 20 acres of vacant Land, Karlquist Road, Falun, Wisconsin (the "Property"), free and clear of liens and encumbrances to Ger Yang, or his nominee (the "Buyer") for Ten Thousand Dollars ("$10,000") (the "Purchase Amount"); the Trustee having given shortened notice to all creditors with file claims over $500; and the Court being fully advised in the premises and having jurisdiction over this core proceeding;

IT IS HEREBY ORDERED:

1. The Motion is granted.

2. The Trustee is authorized to sell the Property for the Purchase Amount to the Buyer pursuant to the Purchase Agreement attached to the Motion as Exhibit A, free and clear of all liens, encumbrances, and interests;

3. The Trustee is authorized to pay from the proceeds of the sale of the Property at closing the following: (i) any unpaid real estate taxes; (ii) the real estate commission of One Thousand and Five Hundred Dollars ($1,500), owed to Brandon Fingerson and ERA Parkside Realty (collectively, the "Broker"); and (iii) the usual and customary costs of closing the sale, including but not necessarily limited to, charges for title examination, recording, transfer tax, and real estate tax prorations;

4. The Trustee is authorized to execute any documents as may be reasonable and necessary to consummate the sale of the Property; and

6. Notice of this Motion is sufficient, and no further notice is required.

Enter: *Bruce W. Black*

Dated: 6/24/15

United States Bankruptcy Judge

**Prepared by:**

Rev: 20120209_bko

Zane L. Zielinski (6278776)
Ariane Holtschlag (6294327)
FACTOR LAW
105 W. Madison Street, Suite 1500
Chicago, IL 60602
Tel: (847) 239-7248
Fax: (847) 574-8233
Email: zzielinski@wfactorlaw.com
   aholtschlag@wfactorlaw.com