# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| **David A. Buesing and Julie L. Buesing**, | Bankruptcy No. 13-18674 |
| Debtors. | Honorable Bruce W. Black |

## TRUSTEE'S REPORT OF SALE

Pursuant to F.R.B.P. 6004(f), the trustee hereby reports the results of the sale completed on or about July 24, 2015, following the entry of the *Order Approving Trustee's Sale of Real Estate Free and Clear of Liens and Encumbrances* entered on June 26, 2015 (Docket #140):

| | |
|---|---|
| Item Sold: | 3576 Old Yoke Road NW Backus, MN |
| Gross Price: | $74,500 |
| Broker's Commission: | $5,215 |
| IRS Lien: | $50,000 |
| Real Estate Pro-rations: | $41.08 |
| Closing Costs: | $1,095.18 |
| Net Sale Price: | $18,148.74 |

Dated: September 25, 2015

Joji Takada, not individually but as the chapter 7 trustee of the bankruptcy court of David A. Buesing and Julie L. Buesing

By: */s/ Zane Zielinski*
One of her attorneys

Zane Zielinski (6278776)
**FACTORLAW**
105 W. Madison, Suite 1500
Chicago, IL 60602

{00042514}