## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>**David A. Buesing and Julie L. Buesing**,<br><br>Debtors. | Chapter 7<br><br>Bankruptcy No. 13-18674<br><br>Honorable Bruce W. Black |

---

### TRUSTEE'S REPORT OF SALE

---

Pursuant to F.R.B.P. 6004(f), the trustee hereby reports the results of the sale completed on or about July 24, 2015, following the entry of the *Order Approving Trustee's Sale of Real Estate Free and Clear of Liens and Encumbrances* entered on June 24, 2015 (Docket #139):

| | |
|---|---|
| Item Sold: | Klarquist Road, Grantsburg, WI 54840 |
| Gross Price: | $10,000 |
| Broker's Commission: | $1,500 |
| Real Estate Pro-rations: | $580.66 |
| Closing Costs: | $795.00 |
| Net Sale Price: | $7,124.34 |

Dated: September 28, 2015

Joji Takada, not individually but as the chapter 7 trustee of the bankruptcy court of David A. Buesing and Julie L. Buesing

By: */s/ Zane Zielinski*
One of her attorneys

Zane Zielinski (6278776)
**FACTORLAW**
105 W. Madison, Suite 1500
Chicago, IL 60602

{00042514}