# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| David A. Buesing | § | Case No. 13-18674 |
| Julie L. Buesing | § | |
| | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter of the United States Bankruptcy Code was filed on 05/01/2013 . The case was converted to one under Chapter 7 on 04/11/2014 . The undersigned trustee was appointed on 05/15/2014 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of     $    123,920.04

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 25,981.75 |
| Bank service fees | 607.31 |
| Other payments to creditors | 58,500.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]     $ | 38,830.98 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 09/18/2014 and the deadline for filing governmental claims was 09/18/2014 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 9,446.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 9,446.00 , for a total compensation of $ 9,446.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 11.27 , for total expenses of $ 11.27 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/26/2018                 By: /s/ Joji Takada, Chapter 7 Trustee
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit A

| Case No: | 13-18674 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
|---|---|---|---|---|---|---|
| Case Name: | David A. Buesing | | | | Date Filed (f) or Converted (c): | 04/11/2014 (c) |
| | Julie L. Buesing | | | | 341(a) Meeting Date: | 06/04/2013 |
| For Period Ending: | 03/26/2018 | | | | Claims Bar Date: | 09/18/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence: 37 Linden Avenue Yorkville, Il 60565 | 145,000.00 | 0.00 | | 0.00 | FA |
| 2. 20 Acres Vacant Land Karlquist Rd., Lincoln Township Wiscons | 19,000.00 | 19,000.00 | | 10,000.00 | FA |
| 3. .30 Acres Vacant Land 3576 Ox Yoke Rd. Nw Backus, Minnesota<br><br>Debtor amended schedules to correct interest from 30 acres to .30 acres | 90,000.00 | 90,000.00 | | 74,500.00 | FA |
| 4. One-third Interest In Condominium 11321 Cypress Estates, Ft.<br><br>Debtor amended schedule to correct interest from one-half to one-third | 82,500.00 | 95,000.00 | | 25,000.00 | FA |
| 5. Checking Account Castle Bank | 740.00 | 0.00 | | 0.00 | FA |
| 6. Savings Account Castle Bank | 100.00 | 0.00 | | 0.00 | FA |
| 7. Ordinary Furniture And Household Goods | 2,000.00 | 0.00 | | 0.00 | FA |
| 8. Ordinary Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 9. Wedding Rings | 2,000.00 | 0.00 | | 0.00 | FA |
| 10. Three Guns | 250.00 | 0.00 | | 0.00 | FA |
| 11. Ira Julie L. Buesing Acct No. 745-93114-1-6 | 15,491.96 | 0.00 | | 0.00 | FA |
| 12. Ira | 4,300.00 | 0.00 | | 0.00 | FA |
| 13. 50% Interest In Buesing Brothers, Inc. Company Is In Chapter | 0.00 | 0.00 | | 0.00 | FA |
| 14. Shareholder Loans To Buesing Brothers, Inc. | 0.00 | 0.00 | | 0.00 | FA |
| 15. 2006 Ford Explorer | 10,000.00 | 5,200.00 | | 5,000.00 | FA |
| 16. 1977 Chevrolet Blazer | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 17. 2005 Jayco J Flight Camper | 14,000.00 | 14,000.00 | | 3,000.00 | FA |
| 18. 2000 Chaparral | 13,000.00 | 0.00 | | 0.00 | FA |
| 19. 17 Foot Fishing Boat | 500.00 | 0.00 | | 1,000.00 | FA |
| 20. Cash (u)<br><br>Turnover of Chapter 13 Plan Payments held by Chapter 13 Trustee pursuant to court order | 0.00 | 5,420.04 | | 5,420.04 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $400,381.96 | $229,620.04 | | $123,920.04 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

Exhibit A

Reviewing real estate to liquidate for the benefit of creditors. - Joji Takada 11/30/2014

Following up with debtor and/or co-owner with respect to interest in buying estate's interest in the real estate. - Joji Takada 3/7/2015

Contacted real estate brokers re: Minnesota and Wisconsin properties; Reached out to joint-owners re: Florida condo. - Joji Takada 4/30/2015

Wisconsin and Minnesota real estate sold; Proceeds received. - Joji Takada 9/11/2015

Compromise reached with Debtor re: 1/3 interest in Florida real estate; Compromise approved - Joji Takada 10/24/2015

Motion filed at request of Minnesota property buyer re: lien on mobile home located on property - Joji Takada 12/22/2015

Minnesota property buyer re: lien on mobile home located on property - Joji Takada 4/2/2016

Replacement title issue re mobile home located on property - Joji Takada 8/21/2016

Tax returns in process.  - Joji Takada 11/24/2016

Tax returns in process (Illinois, Wisconsin and Minnesota).  - Joji Takada 3/2/2017

Tax returns in process; Resolving claim issues  - Joji Takada 9/21/2017

Resolving secured claim. - Joji Takada 12/15/2017

Preparing TFR documents. - Joji Takada 2/21/2018

TFR with UST review. - Joji Takada 3/19/2018


Initial Projected Date of Final Report (TFR): 05/01/2015          Current Projected Date of Final Report (TFR): 06/30/2018

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 13-18674  
Case Name: David A. Buesing  
Julie L. Buesing  

Trustee Name: Joji Takada, Chapter 7 Trustee  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX9827  
Checking  

Taxpayer ID No: XX-XXX3739  
For Period Ending: 03/26/2018  

Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/26/15 | | Transfer from Acct # xxxxxx8227 | Transfer of Funds | 9999-000 | $5,360.04 | | $5,360.04 |
| 03/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,350.04 |
| 04/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,340.04 |
| 05/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,330.04 |
| 06/05/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,320.04 |
| 07/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,310.04 |
| 08/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,300.04 |
| 08/19/15 | | David Lloyd | Settlement payment Payment re Debtor buyout of vehicles | | $9,000.00 | | $14,300.04 |
| | | | Gross Receipts    $9,000.00 | | | | |
| | 15 | | 2006 Ford Explorer    $5,000.00 | 1129-000 | | | |
| | 17 | | 2005 Jayco J Flight Camper    $3,000.00 | 1129-000 | | | |
| | 19 | | 17 Foot Fishing Boat    $1,000.00 | 1129-000 | | | |
| 08/19/15 | | Casterton Title & Closing Co. Inc. | Proceeds from sale | | $7,124.34 | | $21,424.38 |
| | | | Gross Receipts    $10,000.00 | | | | |
| | | ERA Parkside Realty | Real estate broker commission payment    ($1,500.00) | 3510-000 | | | |
| | | Title Charges | Title closing costs and expenses    ($735.00) | 2500-000 | | | |
| | | Transfer Stamps | Title closing costs and expenses    ($60.00) | 2500-000 | | | |
| | | Delinquent Real Estate Taxes 2013-2014 | Real estate taxes    ($427.16) | 2500-000 | | | |
| | | | Page Subtotals: | | $21,484.38 | $60.00 | |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: 13-18674 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: David A. Buesing | Bank Name: Associated Bank |
| Julie L. Buesing | Account Number/CD#: XXXXXX9827 |
| | Checking |
| Taxpayer ID No: XX-XXX3739 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/26/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Real Estate Taxes 2015 (prorated) | Real estate taxes | ($153.50) | 2500-000 | | | |
| | 2 | | 20 Acres Vacant Land Karlquist Rd., Lincoln Township Wiscons | $10,000.00 | 1110-000 | | | |
| 08/27/15 | | Leer Title Services Escrow Account | Proceeds from sale Sale of Backus, MN real estate | | | $18,148.74 | | $39,573.12 |
| | | | Gross Receipts | $74,500.00 | | | | |
| | | County Taxes July 2015 | Real estate taxes | ($41.08) | 2820-000 | | | |
| | | IRS Tax Lien | Tax Lien Payoff | ($50,000.00) | 4300-000 | | | |
| | | Edina Realty | Real estate broker commission payment | ($3,129.00) | 3510-000 | | | |
| | | Berkshire Hathaway HomeServices Lovejoy Realty | Real estate broker commission payment | ($2,086.00) | 3510-000 | | | |
| | | Leer Title Charges | Title closing costs and expenses | ($320.00) | 2500-000 | | | |
| | | Recording Fees and Transfer Charges | Title closing costs and expenses | ($521.85) | 2500-000 | | | |
| | | Freeman Well Drilling | Title closing costs and expenses | ($150.00) | 2500-000 | | | |
| | | Kent Reeve Locksmithing | Title closing costs and expenses | ($103.33) | 2500-000 | | | |
| | 3 | | .30 Acres Vacant Land 3576 Ox Yoke Rd. Nw Backus, Minnesota | $74,500.00 | 1110-000 | | | |
| 08/27/15 | 1001 | INTERNAL REVENUE SERVICE P.O. Box 7317 Philadelphia, PA 19101-7317 | Tax Lien Payoff | | 4300-000 | | $4,000.00 | $35,573.12 |
| 09/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $22.28 | $35,550.84 |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $52.68 | $35,498.16 |
| 10/26/15 | | Leer Title Services 201 5th Street North Walker, MN 56484 | Return of Funds to Trustee Refund of recording fees charged but not needed | | 2500-000 | | ($184.00) | $35,682.16 |

| | | | Page Subtotals: | | | $18,148.74 | $3,890.96 | |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 13-18674 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: David A. Buesing | Bank Name: Associated Bank |
| Julie L. Buesing | Account Number/CD#: XXXXXX9827 |
| | Checking |
| Taxpayer ID No: XX-XXX3739 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/26/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $52.83 | $35,629.33 |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $51.26 | $35,578.07 |
| 01/07/16 | 4 | BJ Erickson | Settlement payment Payment from Debtor re: compromise of Florida real estate | 1110-000 | $25,000.00 | | $60,578.07 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $52.89 | $60,525.18 |
| 02/03/16 | 1002 | Jones, Mark VIP Realty Group Inc. 13131 University Dr. Fort Myers, FL 33907 | Payment to trustee professional Flat fee to real estate professional re Florida rental property | 3510-000 | | $500.00 | $60,025.18 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $82.78 | $59,942.40 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $83.60 | $59,858.80 |
| 03/30/16 | 1003 | Arthur B Levine Company 4501 Cartwright Road, Suite 402 Missouri City, Texas 77459 | Blanket Bond Premium | 2300-000 | | $67.16 | $59,791.64 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $88.99 | $59,702.65 |
| 07/15/16 | 1004 | Fox Valley Laborers" Health & Welfare & Pension Fu 8 S. Michigan Ave., 19Th Fl. Chicago, Il 60603 | Mortgage payoff Secured claim of Pension Fund | 4110-000 | | $4,500.00 | $55,202.65 |
| 11/02/16 | 1005 | Law Office of William Factor 105 W. Madison St., Suite 1500 Chicago, Illinois 60602 Attn: Sara Lorber | Payment to trustee professional Bankruptcy counsel fees | 3210-000 | | $11,784.00 | $43,418.65 |

| | | | Page Subtotals: | | $25,000.00 | $17,263.51 | |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD   Exhibit B

Case No: 13-18674  
Case Name: David A. Buesing  
Julie L. Buesing  
Taxpayer ID No: XX-XXX3739  
For Period Ending: 03/26/2018  

Trustee Name: Joji Takada, Chapter 7 Trustee  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX9827  
Checking  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/02/16 | 1006 | Law Office of William Factor<br>105 W. Madison St., Suite 1500<br>Chicago, Illinois 60602<br>Attn: Sara Lorber | Payment to trustee professional Bankruptcy counsel reimbursed fees | 3220-000 | | $736.75 | $42,681.90 |
| 07/13/17 | 1007 | Illinois Department Of Revenue<br>Bankruptcy Unit<br>Po Box 19035<br>Springfield, Il 62794-9035 | Tax payment<br>State tax | 2820-000 | | $305.00 | $42,376.90 |
| 07/13/17 | 1008 | Illinois Department Of Revenue<br>Bankruptcy Unit<br>Po Box 19035<br>Springfield, Il 62794-9035 | Tax payment<br>State tax | 2820-000 | | $305.00 | $42,071.90 |
| 07/13/17 | 1009 | Minnesota Fiduciary Income Tax<br>Mail Station 1310<br>Saint Paul, Minnesota 55145-1310 | Tax payment<br>State tax payment | 2820-000 | | $1,660.00 | $40,411.90 |
| 07/13/17 | 1010 | Minnesota Fiduciary Income Tax<br>Mail Station 1310<br>Saint Paul, Minnesota 55145-1310 | Tax payment<br>STate tax paymnet | 2820-000 | | $1,660.00 | $38,751.90 |
| 09/06/17 | 1011 | Illinois Department Of Revenue<br>Bankruptcy Unit<br>Po Box 19035<br>Springfield, Il 62794-9035 | Tax payment<br>Estate tax payment | 2820-000 | | $33.10 | $38,718.80 |
| 09/06/17 | 1012 | Illinois Department Of Revenue<br>Bankruptcy Unit<br>Po Box 19035<br>Springfield, Il 62794-9035 | Tax payment<br>Estate tax payment | 2820-000 | | $19.80 | $38,699.00 |
| 10/02/17 | | State of Minnesota | Tax payment<br>Overpayment of estate tax to Minnesota | 2820-000 | | ($65.99) | $38,764.99 |
| 10/02/17 | | State of Minnesota | Tax payment<br>Overpayment of estate tax to Minnesota | 2820-000 | | ($65.99) | $38,830.98 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $64,633.12 | $25,802.14 |
| Less: Bank Transfers/CD's | $5,360.04 | $0.00 |
| Subtotal | $59,273.08 | $25,802.14 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $59,273.08 | $25,802.14 |

Page Subtotals: $0.00  $4,587.67

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: 13-18674 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: David A. Buesing | Bank Name: The Bank of New York Mellon |
| Julie L. Buesing | Account Number/CD#: XXXXXX8227 |
| | Checking |
| Taxpayer ID No: XX-XXX3739 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/26/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/18/14 | 20 | Office of Glenn B Stearns | Cash Deposits Chapter 13 plan payments held by Chapter 13 trustee | 1229-000 | $5,420.04 | | $5,420.04 |
| 08/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,410.04 |
| 09/08/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,400.04 |
| 10/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,390.04 |
| 11/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,380.04 |
| 12/05/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,370.04 |
| 01/08/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,360.04 |
| 01/26/15 | | Transfer to Acct # xxxxxx9827 | Transfer of Funds | 9999-000 | | $5,360.04 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $5,420.04 | $5,420.04 |
| Less: Bank Transfers/CD's | $0.00 | $5,360.04 |
| Subtotal | $5,420.04 | $60.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $5,420.04 | $60.00 |

| | | |
|---|---|---|
| Page Subtotals: | $5,420.04 | $5,420.04 |

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8227 - Checking | $5,420.04 | $60.00 | $0.00 |
| XXXXXX9827 - Checking | $59,273.08 | $25,802.14 | $38,830.98 |
|  | $64,693.12 | $25,862.14 | $38,830.98 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $59,226.92 |
| Total Net Deposits: | $64,693.12 |
| Total Gross Receipts: | $123,920.04 |

Page Subtotals:         $0.00         $0.00

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 13-18674  
Debtor Name: David A. Buesing  
Claims Bar Date: 9/18/2014  

Date: March 26, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Administrative | | $0.00 | $9,446.00 | $9,446.00 |
| 100 2200 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Administrative | | $0.00 | $11.27 | $11.27 |
| 100 2820 | Illinois Department Of Revenue<br>Bankruptcy Unit<br>Po Box 19035<br>Springfield, Il 62794-9035 | Administrative | | $0.00 | $662.90 | $662.90 |
| 100 2820 | Minnesota Fiduciary Income Tax<br>Mail Station 1310<br>Saint Paul, Minnesota 55145-1310 | Administrative | | $0.00 | $3,188.02 | $3,188.02 |
| 100 3210 | Law Office of William Factor<br>105 W. Madison St., Suite 1500<br>Chicago, Illinois 60602<br>Attn: Sara Lorber | Administrative | | $0.00 | $11,784.00 | $11,784.00 |
| 100 3220 | Law Office of William Factor<br>105 W. Madison St., Suite 1500<br>Chicago, Illinois 60602<br>Attn: Sara Lorber | Administrative | | $0.00 | $736.75 | $736.75 |
| 100 3410 | Callero and Callero LLP<br>7800 North Milwaukee Avenue<br>Niles, Illinois 60714<br>Attn: Ryan Matsui | Administrative | | $0.00 | $2,696.00 | $2,696.00 |
| 100 3510 | Mark Jones<br>VIP Realty Group Inc.<br>13131 University Dr.<br>Fort Myers, FL 33907 | Administrative | | $0.00 | $0.00 | $500.00 |
| 100 3620 | Heath Industrial Auction Services<br>460 Irmen Dr<br>Addison, IL 60101<br>Attn: Tom Mowery | Administrative | | $0.00 | $100.00 | $100.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 13-18674  
Debtor Name: David A. Buesing  
Claims Bar Date: 9/18/2014  
Date: March 26, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 2<br>280<br>5800 | Department Of The Treasury -<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, Pa 19101-7346 | Priority | 6/25/2014 Amended Claim #2 filed by Department of the Treasury -, Amount claimed: $220620.00 (Hayes, Bruce ) | $0.00 | $220,620.00 | $220,580.46 |
| 9<br>280<br>5800 | Illinois Department Of Revenue<br>Bankruptcy Section<br>Po Box 64338<br>Chicago, Il 60664-0338 | Priority | | $0.00 | $3,722.77 | $3,722.77 |
| 300<br>7100 | Internal Revenue Service<br>P.O. Box 7317<br>Philadelphia, PA 19101-7317 | Unsecured | | $0.00 | $39.54 | $39.54 |
| 300<br>7100 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, Illinois 60664-0338 | Unsecured | | $0.00 | $496.44 | $496.44 |
| 1<br>300<br>7100 | Acuity<br>C/O Kohner, Mann & Kailas, S.C.<br>4650 North Port Washington Road<br>Milwaukee, Wisconsin 53212 | Unsecured | 12/13/2013 Order Disallowing Claim(s) 1 (RE: 51 Objection to Claim). Signed on 12/13/2013 (Chavez, Baldo) | $0.00 | $4,808.00 | $0.00 |
| 3<br>300<br>7100 | N. A. Capital One Bank (Usa)<br>Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Unsecured | 12/13/2013 Order Disallowing Claim(s) 3 (RE: 52 Objection to Claim). Signed on 12/13/2013 (Chavez, Baldo) | $0.00 | $3,765.29 | $0.00 |
| 5<br>300<br>7100 | N. A. Fia Card Services<br>Fia Card Services, N.A.<br>P O Box 982284<br>El Paso, Tx 79998-2238 | Unsecured | | $0.00 | $8,225.69 | $8,225.69 |
| 6<br>300<br>7100 | N. A. Capital One Bank (Usa)<br>Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Unsecured | | $0.00 | $21,059.03 | $21,059.03 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 13-18674  
Debtor Name: David A. Buesing  
Claims Bar Date: 9/18/2014  

Date: March 26, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 8 300 7100 | U. S. Bank National Association<br>U.S. Bank National Association<br>C/O Thomas V. Askounis<br>Askounis & Darcy, Pc<br>444 N. Michigan Ave. Ste. 3270<br>Chicago, Il 60611 | Unsecured | 12/13/2013 Order Disallowing Claim(s) 8 (RE: 53 Objection to Claim). Signed on 12/13/2013 (Chavez, Baldo) | $0.00 | $100,164.95 | $0.00 |
| 10 300 7100 | Fsb American Express Bank<br>American Express Bank, Fsb<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Unsecured | | $0.00 | $2,362.59 | $2,362.59 |
| 11 300 7100 | Fsb American Express Bank<br>American Express Bank, Fsb<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Unsecured | | $0.00 | $30.00 | $30.00 |
| 12 300 7100 | N. A. Capital One Bank (Usa)<br>Capital One Bank (Usa), N.A.<br>Po Box 12907<br>Norfolk, Va 23541 | Unsecured | | $0.00 | $458.48 | $458.48 |
| 13 300 7100 | Us Bank N. A.<br>Us Bank N.A.<br>Bankruptcy Department<br>P.O. Box 5229<br>Cincinnati, Oh 45201-5229 | Unsecured | | $0.00 | $6,946.70 | $6,946.70 |
| 15 300 7100 | Wp Pad Holdings Iv Llc<br>C/O Locke Lord Llp<br>Attn: Brian Raynor<br>111 S Wacker Drive<br>Chicago, Il 60606 | Unsecured | | $0.00 | $68,702.57 | $68,702.57 |
| 16 300 7100 | Thomas W. Toolis<br>10075 W. Lincoln Hwy.<br>Frankfort, Il 60423 | Unsecured | 04/29/2016 Withdrawal of Claim(s): 16 Filed by Thomas W Toolis on behalf of Thomas W. Toolis. (Toolis, Thomas) | $0.00 | $21,723.26 | $0.00 |
| 17 300 7100 | Nicor Gas<br>Po Box 549<br>Aurora Il 60507 | Unsecured | | $0.00 | $563.37 | $563.37 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 13-18674  
Debtor Name: David A. Buesing  
Claims Bar Date: 9/18/2014  

Date: March 26, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 18 300 7100 | N. A. U. S. Bank<br>U.S. Bank, N.A.<br>C/O Thomas V. Askounis<br>Askounis & Darcy, Pc<br>444 North Michigan Avenue, Suite 3270<br>Chicago, Il 60611 | Unsecured | 01/08/2016 Withdrawal of Claim(s): 18 Filed by Charles R Woolley on behalf of U.S. Bank National Association. (Woolley, Charles) | $0.00 | $88,007.33 | $0.00 |
| 4 400 4110 | Castle Bank A Division Of<br>First National Bank<br>1620 Dodge St. Ms4440<br>Omaha, Ne 68197 | Secured | 182 01/17/2018 Withdrawal of Claim(s): 4 Filed by First National Bank . (Patterson, Carlos) | $0.00 | $26,960.03 | $0.00 |
| 7 400 4110 | First National Bank Of Omaha<br>1620 Dodge St Ms4440<br>Omaha, Ne 68197 | Secured | 12/20/2017 Withdrawal of Claim Nos. 7 (First National Bank of Omaha) Status: Withdraw | $0.00 | $117,666.62 | $0.00 |
| 14 400 4110 | Fox Valley Laborers" Health &<br>Welfare & Pension Fu<br>8 S. Michigan Ave., 19Th Fl.<br>Chicago, Il 60603 | Secured | | $0.00 | $155,881.07 | $4,500.00 |
| 400 4300 | INTERNAL REVENUE SERVICE<br>P.O. Box 7317<br>Philadelphia, PA 19101-7317 | Secured | | $0.00 | $4,000.00 | $4,000.00 |
| | Case Totals | | | $0.00 | $884,828.67 | $370,812.58 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-18674
Case Name: David A. Buesing
              Julie L. Buesing
Trustee Name: Joji Takada, Chapter 7 Trustee

        Balance on hand                                    $        38,830.98

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
|  | INTERNAL REVENUE SERVICE | $ 4,000.00 | $ 4,000.00 | $ 4,000.00 | $ 0.00 |
| 14 | Fox Valley Laborers" Health & Welfare & Pension Fu | $ 155,881.07 | $ 4,500.00 | $ 4,500.00 | $ 0.00 |

    Total to be paid to secured creditors                    $          0.00

    Remaining Balance                                  $      38,830.98

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joji Takada | $ 9,446.00 | $ 0.00 | $ 9,446.00 |
| Trustee Expenses: Joji Takada | $ 11.27 | $ 0.00 | $ 11.27 |
| Attorney for Trustee Fees: Law Office of William Factor | $ 11,784.00 | $ 11,784.00 | $ 0.00 |
| Attorney for Trustee Expenses: Law Office of William Factor | $ 736.75 | $ 736.75 | $ 0.00 |
| Accountant for Trustee Fees: Callero and Callero LLP | $ 2,696.00 | $ 0.00 | $ 2,696.00 |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Auctioneer Expenses: Heath Industrial Auction Services | $ 100.00 | $ 0.00 | $ 100.00 |
| Other: Illinois Department Of Revenue | $ 662.90 | $ 662.90 | $ 0.00 |
| Other: Mark Jones | $ 500.00 | $ 500.00 | $ 0.00 |
| Other: Minnesota Fiduciary Income Tax | $ 3,188.02 | $ 3,188.02 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses    $    12,253.27

Remaining Balance    $    26,577.71

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 224,303.23 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Department Of The Treasury - | $ 220,580.46 | $ 0.00 | $ 26,136.60 |
| 9 | Illinois Department Of Revenue | $ 3,722.77 | $ 0.00 | $ 441.11 |

Total to be paid to priority creditors    $    26,577.71

Remaining Balance    $    0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 108,884.41 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The

timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
|  | Illinois Department of Revenue | $ 496.44 | $ 0.00 | $ 0.00 |
|  | Internal Revenue Service | $ 39.54 | $ 0.00 | $ 0.00 |
| 5 | N. A. Fia Card Services | $ 8,225.69 | $ 0.00 | $ 0.00 |
| 6 | N. A. Capital One Bank (Usa) | $ 21,059.03 | $ 0.00 | $ 0.00 |
| 10 | Fsb American Express Bank | $ 2,362.59 | $ 0.00 | $ 0.00 |
| 11 | Fsb American Express Bank | $ 30.00 | $ 0.00 | $ 0.00 |
| 12 | N. A. Capital One Bank (Usa) | $ 458.48 | $ 0.00 | $ 0.00 |
| 13 | Us Bank N. A. | $ 6,946.70 | $ 0.00 | $ 0.00 |
| 15 | Wp Pad Holdings Iv Llc | $ 68,702.57 | $ 0.00 | $ 0.00 |
| 17 | Nicor Gas | $ 563.37 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors      $         0.00

Remaining Balance                                           $         0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

 Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

 Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE