# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

|  |  |  |
|---|---|---|
| In Re: | § | |
| | § | |
| David A. Buesing | § | Case No. 13-18674 |
| Julie L. Buesing | § | |
| | § | |
| Debtors | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joji Takada, Chapter 7 Trustee          , chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 123,359.92
*(Without deducting any secured claims)*

Assets Exempt: 66,322.04

Total Distributions to Claimants:  85,077.71

Claims Discharged
Without Payment:  821,851.51

Total Expenses of Administration:  38,842.33

3) Total gross receipts of $ 123,920.04  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 123,920.04  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 243,954.69 | $ 354,507.72 | $ 58,500.00 | $ 58,500.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 38,342.33 | 38,842.33 | 38,842.33 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 211,545.22 | 224,342.77 | 224,303.23 | 26,577.71 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 59,741.67 | 327,353.24 | 108,884.41 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 515,241.58 | $ 944,546.06 | $ 430,529.97 | $ 123,920.04 |

4) This case was originally filed under chapter on 05/01/2013 , and it was converted to chapter 7 on 04/11/2014 . The case was pending for 51 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  06/08/2018               By:/s/Joji Takada, Chapter 7 Trustee
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| .30 Acres Vacant Land 3576 Ox Yoke Rd. Nw Backus, Minnesota | 1110-000 | 74,500.00 |
| 20 Acres Vacant Land Karlquist Rd., Lincoln Township Wiscons | 1110-000 | 10,000.00 |
| One-third Interest In Condominium 11321 Cypress Estates, Ft. | 1110-000 | 25,000.00 |
| 17 Foot Fishing Boat | 1129-000 | 1,000.00 |
| 2005 Jayco J Flight Camper | 1129-000 | 3,000.00 |
| 2006 Ford Explorer | 1129-000 | 5,000.00 |
| Cash | 1229-000 | 5,420.04 |
| **TOTAL GROSS RECEIPTS** | | **$ 123,920.04** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | First American Bank 430 8th Av. West Palmetto, FL 34221 | | 30,000.00 | NA | NA | 0.00 |
| | First National Bank of Omaha P.O. Box 3803 Omaha, NE 68103-0803 | | 25,458.56 | NA | NA | 0.00 |
| | First National Bank of Omaha P.O. Box 3803 Omaha, NE 68103-0803 | | 122,359.92 | NA | NA | 0.00 |
| | Internal Revenue Service Centralized Insolvency Operations P.O. Box 7346 Philadelphia, PA 19101-7346 | | 66,136.21 | NA | NA | 0.00 |
| 4 | Castle Bank A Division Of | 4110-000 | NA | 26,960.03 | 0.00 | 0.00 |
| 7 | First National Bank Of Omaha | 4110-000 | NA | 117,666.62 | 0.00 | 0.00 |
| 14 | Fox Valley Laborers" Health & Welfare & Pension Fu | 4110-000 | NA | 155,881.07 | 4,500.00 | 4,500.00 |
| | INTERNAL REVENUE SERVICE | 4300-000 | NA | 4,000.00 | 4,000.00 | 4,000.00 |
| | IRS Tax Lien | 4300-000 | NA | 50,000.00 | 50,000.00 | 50,000.00 |
| TOTAL SECURED CLAIMS | | | $ 243,954.69 | $ 354,507.72 | $ 58,500.00 | $ 58,500.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Joji Takada | 2100-000 | NA | 9,446.00 | 9,446.00 | 9,446.00 |
| Joji Takada | 2200-000 | NA | 11.27 | 11.27 | 11.27 |
| Arthur B Levine Company | 2300-000 | NA | 67.16 | 67.16 | 67.16 |
| Delinquent Real Estate Taxes 2013-2014 | 2500-000 | NA | 427.16 | 427.16 | 427.16 |
| Freeman Well Drilling | 2500-000 | NA | 150.00 | 150.00 | 150.00 |
| Kent Reeve Locksmithing | 2500-000 | NA | 103.33 | 103.33 | 103.33 |
| Leer Title Charges | 2500-000 | NA | 320.00 | 320.00 | 320.00 |
| Leer Title Services | 2500-000 | NA | -184.00 | -184.00 | -184.00 |
| Real Estate Taxes 2015 (prorated) | 2500-000 | NA | 153.50 | 153.50 | 153.50 |
| Recording Fees and Transfer Charges | 2500-000 | NA | 521.85 | 521.85 | 521.85 |
| Title Charges | 2500-000 | NA | 735.00 | 735.00 | 735.00 |
| Transfer Stamps | 2500-000 | NA | 60.00 | 60.00 | 60.00 |
| Associated Bank | 2600-000 | NA | 547.31 | 547.31 | 547.31 |
| The Bank of New York Mellon | 2600-000 | NA | 60.00 | 60.00 | 60.00 |
| County Taxes July 2015 | 2820-000 | NA | 41.08 | 41.08 | 41.08 |
| Illinois Department Of Revenue | 2820-000 | NA | 662.90 | 662.90 | 662.90 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Minnesota Fiduciary Income Tax | 2820-000 | NA | 3,188.02 | 3,188.02 | 3,188.02 |
| Law Office of William Factor | 3210-000 | NA | 11,784.00 | 11,784.00 | 11,784.00 |
| Law Office of William Factor | 3220-000 | NA | 736.75 | 736.75 | 736.75 |
| Callero and Callero LLP | 3410-000 | NA | 2,696.00 | 2,696.00 | 2,696.00 |
| Berkshire Hathaway HomeServices Lovejoy Realty | 3510-000 | NA | 2,086.00 | 2,086.00 | 2,086.00 |
| Edina Realty | 3510-000 | NA | 3,129.00 | 3,129.00 | 3,129.00 |
| ERA Parkside Realty | 3510-000 | NA | 1,500.00 | 1,500.00 | 1,500.00 |
| Mark Jones | 3510-000 | NA | 0.00 | 500.00 | 500.00 |
| Heath Industrial Auction Services | 3620-000 | NA | 100.00 | 100.00 | 100.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 38,342.33 | $ 38,842.33 | $ 38,842.33 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service Centralized Insolvency Operations P.O. Box 7346 Philadelphia, PA 19101-7346 | | 211,545.22 | NA | NA | 0.00 |
| 2 | Department Of The Treasury - | 5800-000 | NA | 220,620.00 | 220,580.46 | 26,136.60 |
| 9 | Illinois Department Of Revenue | 5800-000 | NA | 3,722.77 | 3,722.77 | 441.11 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$ 211,545.22** | **$ 224,342.77** | **$ 224,303.23** | **$ 26,577.71** |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Acuity 280 S. Taylor Drive Sheboygan, WI 53081 | | 0.00 | NA | NA | 0.00 |
| | AETNA PO Box 24005 Fresno, CA 93779-4005 | | 0.00 | NA | NA | 0.00 |
| | American Express Box 0001 Los Angeles, CA 90096 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America P.O. Box 851001 Dallas, TX 75285-1001 | | 7,825.07 | NA | NA | 0.00 |
| | Bank of America PO Box 15102 Wilmington, DE 19886-5102 | | 0.00 | NA | NA | 0.00 |
| | Berglund Armstrong Mastny PC 1010 Jorie Blvd., Ste. 370 Oak Brook, IL 60523 | | 0.00 | NA | NA | 0.00 |
| | BP PO Box 15325 Wilmington, DE 19886 | | 0.00 | NA | NA | 0.00 |
| | Capital One PO Box 6492 Carol Stream, IL 60197-6492 | | 19,740.44 | NA | NA | 0.00 |
| | Castle Bank P.O. Box 867 DeKalb, IL 60115 | | 25,587.94 | NA | NA | 0.00 |
| | City of Naperville 400 S. Eagle St. PO Box 3020 Naperville, IL 60566-7020 | | 0.00 | NA | NA | 0.00 |
| | Com Ed PO Box 6111 Carol Stream, IL 60197-6111 | | 175.60 | NA | NA | 0.00 |
| | Exxon Mobil Credit Card Center PO Box 6404 Sioux Falls, SD 57117-6404 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Feece Oil Company 1700 Hubbard Ave. Batavia, IL 60510 | | 0.00 | NA | NA | 0.00 |
| | Fox Valley Laborers 2400 Big Timber Bldg. B, Ste. 206 Elgin, IL 60124 | | 0.00 | NA | NA | 0.00 |
| | I.D.E.S. Northern Region 260 E. Indian Trail Rd. Aurora, IL 60505-1733 | | 0.00 | NA | NA | 0.00 |
| | Internal Department of Revenue 100 W. Randolph St. 7-400 Chicago, IL 60601 | | 0.00 | NA | NA | 0.00 |
| | Internal Revenue Service Group 37 Stop 5337 WSB 2001 Butterfield Rd. Downers Grove, IL 60515 | | 0.00 | NA | NA | 0.00 |
| | International Operating Engineers 6150 Joliet Rd. La Grange, IL 60525 | | 0.00 | NA | NA | 0.00 |
| | Menards/Naperville 715 Fort Hill Drive Naperville, IL 60540 | | 0.00 | NA | NA | 0.00 |
| | Michael Whelan 2860 River Rd. Des Plaines, IL 60018 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Midwest Operating Engineers Pension Trust Fund 6150 Joliet Rd. La Grange, IL 60525 | | 0.00 | NA | NA | 0.00 |
| | Mobil PO Box 653072 Dallas, TX 76265 | | 0.00 | NA | NA | 0.00 |
| | Nicor 1844 Ferry Rd., 7W Naperville, IL 60563-9600 | | 0.00 | NA | NA | 0.00 |
| | Nicor Gas P.O. Box 5407 Carol Stream, IL 60197-5407 | | 44.62 | NA | NA | 0.00 |
| | Owens 10025 Clow Creek Drive Plainfield, IL 60585 | | 0.00 | NA | NA | 0.00 |
| | Prarie Material 7601 W. 79th St. Bridgeview, IL 60455 | | 0.00 | NA | NA | 0.00 |
| | Robert Alan Shramuk, Chartered 2056 Westings Ave., Ste. 160 Naperville, IL 60563 | | 0.00 | NA | NA | 0.00 |
| | Roger Carlson c/o Chris Carlson Stillwater, MN 55082-8451 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Rush-Copley Medical Center 2000 Ogden Avenue Aurora, IL 60504 | | 6,368.00 | NA | NA | 0.00 |
| | Shell Oil/Citibank PO Box 6003 Hagerstown, MD 21747 | | 0.00 | NA | NA | 0.00 |
| | SmithAmundsen 150 N. Michigan Ave., Ste. 3300 Chicago, IL 60601 | | 0.00 | NA | NA | 0.00 |
| | United Bonding of Illinois, LLC Attn: Peter Johnson PO Box 3158 Barrington, IL 60011-3158 | | 0.00 | NA | NA | 0.00 |
| | US Bank 4455 Montgomery Rd. Naperville, IL 60564 | | 0.00 | NA | NA | 0.00 |
| | Utility Pipe Supply, Inc. PO Box 731 Woodstock, IL 60098-0731 | | 0.00 | NA | NA | 0.00 |
| | W. Kelly Connell 1700 Quincy Ave. Naperville, IL 60540 | | 0.00 | NA | NA | 0.00 |
| | Wheatland Bank Loan Operations 2244 95th St. Woodstock, IL 60098-0731 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wheaton Bank & Trust Co. 211 S. Wheaon Ave. IL 60817 | | 0.00 | NA | NA | 0.00 |
| 1 | Acuity | 7100-000 | NA | 4,808.00 | 0.00 | 0.00 |
| 10 | Fsb American Express Bank | 7100-000 | NA | 2,362.59 | 2,362.59 | 0.00 |
| 11 | Fsb American Express Bank | 7100-000 | NA | 30.00 | 30.00 | 0.00 |
| | Illinois Department of Revenue | 7100-000 | NA | 496.44 | 496.44 | 0.00 |
| | Internal Revenue Service | 7100-000 | NA | 39.54 | 39.54 | 0.00 |
| 12 | N. A. Capital One Bank (Usa) | 7100-000 | NA | 458.48 | 458.48 | 0.00 |
| 3 | N. A. Capital One Bank (Usa) | 7100-000 | NA | 3,765.29 | 0.00 | 0.00 |
| 6 | N. A. Capital One Bank (Usa) | 7100-000 | NA | 21,059.03 | 21,059.03 | 0.00 |
| 5 | N. A. Fia Card Services | 7100-000 | NA | 8,225.69 | 8,225.69 | 0.00 |
| 18 | N. A. U. S. Bank | 7100-000 | NA | 88,007.33 | 0.00 | 0.00 |
| 17 | Nicor Gas | 7100-000 | NA | 563.37 | 563.37 | 0.00 |
| 16 | Thomas W. Toolis | 7100-000 | NA | 21,723.26 | 0.00 | 0.00 |
| 8 | U. S. Bank National Association | 7100-000 | NA | 100,164.95 | 0.00 | 0.00 |
| 13 | Us Bank N. A. | 7100-000 | NA | 6,946.70 | 6,946.70 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 15 | Wp Pad Holdings Iv Llc | 7100-000 | NA | 68,702.57 | 68,702.57 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 59,741.67 | $ 327,353.24 | $ 108,884.41 | $ 0.00 |

**FORM 1**
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Exhibit 8

| Case No: | 13-18674 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
|---|---|---|---|---|---|---|
| Case Name: | David A. Buesing | | | | Date Filed (f) or Converted (c): | 04/11/2014 (c) |
| | Julie L. Buesing | | | | 341(a) Meeting Date: | 06/04/2013 |
| For Period Ending: | 06/08/2018 | | | | Claims Bar Date: | 09/18/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1. Residence: 37 Linden Avenue Yorkville, Il 60565 | 145,000.00 | 0.00 | | 0.00 | FA |
| 2. 20 Acres Vacant Land Karlquist Rd., Lincoln Township Wiscons | 19,000.00 | 19,000.00 | | 10,000.00 | FA |
| 3. .30 Acres Vacant Land 3576 Ox Yoke Rd. Nw Backus, Minnesota<br><br>Debtor amended schedules to correct interest from 30 acres to .30 acres | 90,000.00 | 90,000.00 | | 74,500.00 | FA |
| 4. One-third Interest In Condominium 11321 Cypress Estates, Ft.<br><br>Debtor amended schedule to correct interest from one-half to one-third | 82,500.00 | 95,000.00 | | 25,000.00 | FA |
| 5. Checking Account Castle Bank | 740.00 | 0.00 | | 0.00 | FA |
| 6. Savings Account Castle Bank | 100.00 | 0.00 | | 0.00 | FA |
| 7. Ordinary Furniture And Household Goods | 2,000.00 | 0.00 | | 0.00 | FA |
| 8. Ordinary Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 9. Wedding Rings | 2,000.00 | 0.00 | | 0.00 | FA |
| 10. Three Guns | 250.00 | 0.00 | | 0.00 | FA |
| 11. Ira Julie L. Buesing Acct No. 745-93114-1-6 | 15,491.96 | 0.00 | | 0.00 | FA |
| 12. Ira | 4,300.00 | 0.00 | | 0.00 | FA |
| 13. 50% Interest In Buesing Brothers, Inc. Company Is In Chapter | 0.00 | 0.00 | | 0.00 | FA |
| 14. Shareholder Loans To Buesing Brothers, Inc. | 0.00 | 0.00 | | 0.00 | FA |
| 15. 2006 Ford Explorer | 10,000.00 | 5,200.00 | | 5,000.00 | FA |
| 16. 1977 Chevrolet Blazer | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 17. 2005 Jayco J Flight Camper | 14,000.00 | 14,000.00 | | 3,000.00 | FA |
| 18. 2000 Chaparral | 13,000.00 | 0.00 | | 0.00 | FA |
| 19. 17 Foot Fishing Boat | 500.00 | 0.00 | | 1,000.00 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| Case No: | 13-18674 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
|---|---|---|---|---|---|---|
| Case Name: | David A. Buesing | | | | Date Filed (f) or Converted (c): | 04/11/2014 (c) |
| | Julie L. Buesing | | | | 341(a) Meeting Date: | 06/04/2013 |
| For Period Ending: | 06/08/2018 | | | | Claims Bar Date: | 09/18/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 20.  Cash (u)

Turnover of Chapter 13 Plan Payments held by Chapter 13 Trustee pursuant to court order | 0.00 | 5,420.04 | | 5,420.04 | FA |
| INT.  Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $400,381.96 | $229,620.04 | | $123,920.04 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Exhibit 8

Reviewing real estate to liquidate for the benefit of creditors. - Joji Takada 11/30/2014

Following up with debtor and/or co-owner with respect to interest in buying estate's interest in the real estate. - Joji Takada 3/7/2015

Contacted real estate brokers re: Minnesota and Wisconsin properties; Reached out to joint-owners re: Florida condo. - Joji Takada 4/30/2015

Wisconsin and Minnesota real estate sold; Proceeds received. - Joji Takada 9/11/2015

Compromise reached with Debtor re: 1/3 interest in Florida real estate; Compromise approved - Joji Takada 10/24/2015

Motion filed at request of Minnesota property buyer re: lien on mobile home located on property - Joji Takada 12/22/2015

Minnesota property buyer re: lien on mobile home located on property - Joji Takada 4/2/2016

Replacement title issue re mobile home located on property - Joji Takada 8/21/2016

Tax returns in process.  - Joji Takada 11/24/2016

Tax returns in process (Illinois, Wisconsin and Minnesota).  - Joji Takada 3/2/2017

Tax returns in process; Resolving claim issues  - Joji Takada 9/21/2017

Resolving secured claim. - Joji Takada 12/15/2017

Preparing TFR documents. - Joji Takada 2/21/2018

TFR with UST review. - Joji Takada 3/19/2018


Initial Projected Date of Final Report (TFR): 05/01/2015      Current Projected Date of Final Report (TFR): 06/30/2018

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 13-18674 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: David A. Buesing | Bank Name: Associated Bank |
| Julie L. Buesing | Account Number/CD#: XXXXXX9827 |
| | Checking |
| Taxpayer ID No: XX-XXX3739 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 06/08/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/26/15 | | Transfer from Acct # xxxxxx8227 | Transfer of Funds | 9999-000 | $5,360.04 | | $5,360.04 |
| 03/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,350.04 |
| 04/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,340.04 |
| 05/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,330.04 |
| 06/05/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,320.04 |
| 07/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,310.04 |
| 08/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,300.04 |
| 08/19/15 | | David Lloyd | Settlement payment Payment re Debtor buyout of vehicles | | $9,000.00 | | $14,300.04 |
| | | | Gross Receipts          $9,000.00 | | | | |
| | 15 | | 2006 Ford Explorer          $5,000.00 | 1129-000 | | | |
| | 17 | | 2005 Jayco J Flight Camper          $3,000.00 | 1129-000 | | | |
| | 19 | | 17 Foot Fishing Boat          $1,000.00 | 1129-000 | | | |
| 08/19/15 | | Casterton Title & Closing Co. Inc. | Proceeds from sale | | $7,124.34 | | $21,424.38 |
| | | | Gross Receipts          $10,000.00 | | | | |
| | | ERA Parkside Realty | Real estate broker commission payment          ($1,500.00) | 3510-000 | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Page Subtotals: | | $21,484.38 | $60.00 |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 13-18674 | | Trustee Name: | Joji Takada, Chapter 7 Trustee |
|---|---|---|---|---|
| Case Name: | David A. Buesing | | Bank Name: | Associated Bank |
| | Julie L. Buesing | | Account Number/CD#: | XXXXXX9827 |
| | | | | Checking |
| Taxpayer ID No: | XX-XXX3739 | | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 06/08/2018 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Title Charges | Title closing costs and expenses | ($735.00) | 2500-000 | | |
| | | Transfer Stamps | Title closing costs and expenses | ($60.00) | 2500-000 | | |
| | | Delinquent Real Estate Taxes 2013-2014 | Real estate taxes | ($427.16) | 2500-000 | | |
| | | Real Estate Taxes 2015 (prorated) | Real estate taxes | ($153.50) | 2500-000 | | |
| | 2 | | 20 Acres Vacant Land Karlquist Rd., Lincoln Township Wiscons | $10,000.00 | 1110-000 | | |
| 08/27/15 | | Leer Title Services Escrow Account | Proceeds from sale Sale of Backus, MN real estate | | $18,148.74 | | $39,573.12 |
| | | | Gross Receipts | $74,500.00 | | | |
| | | County Taxes July 2015 | Real estate taxes | ($41.08) | 2820-000 | | |
| | | IRS Tax Lien | Tax Lien Payoff | ($50,000.00) | 4300-000 | | |
| | | Edina Realty | Real estate broker commission payment | ($3,129.00) | 3510-000 | | |
| | | Berkshire Hathaway HomeServices Lovejoy Realty | Real estate broker commission payment | ($2,086.00) | 3510-000 | | |
| | | Leer Title Charges | Title closing costs and expenses | ($320.00) | 2500-000 | | |
| | | Recording Fees and Transfer Charges | Title closing costs and expenses | ($521.85) | 2500-000 | | |
| | | Freeman Well Drilling | Title closing costs and expenses | ($150.00) | 2500-000 | | |
| | | Kent Reeve Locksmithing | Title closing costs and expenses | ($103.33) | 2500-000 | | |
| | 3 | | .30 Acres Vacant Land 3576 Ox Yoke Rd. Nw Backus, Minnesota | $74,500.00 | 1110-000 | | |

| | | Page Subtotals: | | | $18,148.74 | $0.00 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 18)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 13-18674 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: David A. Buesing | Bank Name: Associated Bank |
| Julie L. Buesing | Account Number/CD#: XXXXXX9827 |
| | Checking |
| Taxpayer ID No: XX-XXX3739 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 06/08/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/27/15 | 1001 | INTERNAL REVENUE SERVICE P.O. Box 7317 Philadelphia, PA 19101-7317 | Tax Lien Payoff | 4300-000 | | $4,000.00 | $35,573.12 |
| 09/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $22.28 | $35,550.84 |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $52.68 | $35,498.16 |
| 10/26/15 | | Leer Title Services 201 5th Street North Walker, MN 56484 | Return of Funds to Trustee Refund of recording fees charged but not needed | 2500-000 | | ($184.00) | $35,682.16 |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $52.83 | $35,629.33 |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $51.26 | $35,578.07 |
| 01/07/16 | 4 | BJ Erickson | Settlement payment Payment from Debtor re: compromise of Florida real estate | 1110-000 | $25,000.00 | | $60,578.07 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $52.89 | $60,525.18 |
| 02/03/16 | 1002 | Jones, Mark VIP Realty Group Inc. 13131 University Dr. Fort Myers, FL 33907 | Payment to trustee professional Flat fee to real estate professional re Florida rental property | 3510-000 | | $500.00 | $60,025.18 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $82.78 | $59,942.40 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $83.60 | $59,858.80 |

| | | |
|---|---|---|
| Page Subtotals: | $25,000.00 | $4,714.32 |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 13-18674 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: David A. Buesing | Bank Name: Associated Bank |
| Julie L. Buesing | Account Number/CD#: XXXXXX9827 |
| | Checking |
| Taxpayer ID No: XX-XXX3739 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 06/08/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/30/16 | 1003 | Arthur B Levine Company 4501 Cartwright Road, Suite 402 Missouri City, Texas 77459 | Blanket Bond Premium | 2300-000 | | $67.16 | $59,791.64 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $88.99 | $59,702.65 |
| 07/15/16 | 1004 | Fox Valley Laborers" Health & Welfare & Pension Fu 8 S. Michigan Ave., 19Th Fl. Chicago, Il 60603 | Mortgage payoff Secured claim of Pension Fund | 4110-000 | | $4,500.00 | $55,202.65 |
| 11/02/16 | 1005 | Law Office of William Factor 105 W. Madison St., Suite 1500 Chicago, Illinois 60602 Attn: Sara Lorber | Payment to trustee professional Bankruptcy counsel fees | 3210-000 | | $11,784.00 | $43,418.65 |
| 11/02/16 | 1006 | Law Office of William Factor 105 W. Madison St., Suite 1500 Chicago, Illinois 60602 Attn: Sara Lorber | Payment to trustee professional Bankruptcy counsel reimbursed fees | 3220-000 | | $736.75 | $42,681.90 |
| 07/13/17 | 1007 | Illinois Department Of Revenue Bankruptcy Unit Po Box 19035 Springfield, Il 62794-9035 | Tax payment State tax | 2820-000 | | $305.00 | $42,376.90 |
| 07/13/17 | 1008 | Illinois Department Of Revenue Bankruptcy Unit Po Box 19035 Springfield, Il 62794-9035 | Tax payment State tax | 2820-000 | | $305.00 | $42,071.90 |
| 07/13/17 | 1009 | Minnesota Fiduciary Income Tax Mail Station 1310 Saint Paul, Minnesota 55145-1310 | Tax payment State tax payment | 2820-000 | | $1,660.00 | $40,411.90 |
| 07/13/17 | 1010 | Minnesota Fiduciary Income Tax Mail Station 1310 Saint Paul, Minnesota 55145-1310 | Tax payment STate tax paymnet | 2820-000 | | $1,660.00 | $38,751.90 |
| 09/06/17 | 1011 | Illinois Department Of Revenue Bankruptcy Unit Po Box 19035 Springfield, Il 62794-9035 | Tax payment Estate tax payment | 2820-000 | | $33.10 | $38,718.80 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $21,140.00 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 13-18674 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: David A. Buesing | Bank Name: Associated Bank |
| Julie L. Buesing | Account Number/CD#: XXXXXX9827 |
| | Checking |
| Taxpayer ID No: XX-XXX3739 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 06/08/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/06/17 | 1012 | Illinois Department Of Revenue Bankruptcy Unit Po Box 19035 Springfield, Il 62794-9035 | Tax payment Estate tax payment | 2820-000 | | $19.80 | $38,699.00 |
| 10/02/17 | | State of Minnesota | Tax payment Overpayment of estate tax to Minnesota | 2820-000 | | ($65.99) | $38,764.99 |
| 10/02/17 | | State of Minnesota | Tax payment Overpayment of estate tax to Minnesota | 2820-000 | | ($65.99) | $38,830.98 |
| 05/07/18 | 1013 | Joji Takada 6336 North Cicero Avenue Chicago, IL  60646 | Final distribution per court order. | 2100-000 | | $9,446.00 | $29,384.98 |
| 05/07/18 | 1014 | Joji Takada 6336 North Cicero Avenue Chicago, IL  60646 | Final distribution per court order. | 2200-000 | | $11.27 | $29,373.71 |
| 05/07/18 | 1015 | Callero and Callero LLP 7800 North Milwaukee Avenue Niles, Illinois 60714 Attn: Ryan Matsui | Final distribution per court order. | 3410-000 | | $2,696.00 | $26,677.71 |
| 05/07/18 | 1016 | Heath Industrial Auction Services 460 Irmen Dr Addison, IL 60101 Attn: Tom Mowery | Final distribution per court order. | 3620-000 | | $100.00 | $26,577.71 |
| 05/07/18 | 1017 | Department Of The Treasury - Internal Revenue Service P.O. Box 7346 Philadelphia, Pa 19101-7346 | Final distribution per court order. | 5800-000 | | $26,136.60 | $441.11 |
| 05/07/18 | 1018 | Illinois Department Of Revenue Bankruptcy Section Po Box 64338 Chicago, Il 60664-0338 | Final distribution per court order. | 5800-000 | | $441.11 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $64,633.12 | $64,633.12 |
| Less: Bank Transfers/CD's | $5,360.04 | $0.00 |
| Subtotal | $59,273.08 | $64,633.12 |
| | | |
| Page Subtotals: | $0.00 | $38,718.80 |

Less: Payments to Debtors            $0.00                    $0.00

Net                          $59,273.08            $64,633.12

Exhibit 9

Page Subtotals:                     $0.00                    $0.00

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: 13-18674 | Trustee Name: Joji Takada, Chapter 7 Trustee | |
| Case Name: David A. Buesing | Bank Name: The Bank of New York Mellon | |
| Julie L. Buesing | Account Number/CD#: XXXXXX8227 | |
| | Checking | |
| Taxpayer ID No: XX-XXX3739 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 06/08/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/18/14 | 20 | Office of Glenn B Stearns | Cash Deposits Chapter 13 plan payments held by Chapter 13 trustee | 1229-000 | $5,420.04 | | $5,420.04 |
| 08/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,410.04 |
| 09/08/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,400.04 |
| 10/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,390.04 |
| 11/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,380.04 |
| 12/05/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,370.04 |
| 01/08/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,360.04 |
| 01/26/15 | | Transfer to Acct # xxxxxx9827 | Transfer of Funds | 9999-000 | | $5,360.04 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $5,420.04 | $5,420.04 |
| Less: Bank Transfers/CD's | $0.00 | $5,360.04 |
| Subtotal | $5,420.04 | $60.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $5,420.04 | $60.00 |

| | | |
|---|---|---|
| Page Subtotals: | $5,420.04 | $5,420.04 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8227 - Checking | $5,420.04 | $60.00 | $0.00 |
| XXXXXX9827 - Checking | $59,273.08 | $64,633.12 | $0.00 |
| | $64,693.12 | $64,693.12 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $59,226.92 |
| Total Net Deposits: | $64,693.12 |
| Total Gross Receipts: | $123,920.04 |